Submitted on record and briefs June 30, sentences vacated; remanded for resentencing; otherwise affirmed July 27, 2005

## STATE OF OREGON,
*Respondent,*

*v.*

## JERMAINE EASLEY,
*Appellant.*

04C-40218; A124669

117 P3d 312

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Jamesa J. Drake, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Linder* and Schuman, Judges.

PER CURIAM

Sentences vacated; remanded for resentencing; otherwise affirmed. *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004), *rev allowed*, 338 Or 488 (2005); ORS 138.222(5).

---

* Linder, J., *vice* Richardson, S. J.